URE LAW FIRM
8280 Florence Avenue, Suite 200
Downey, CA 90240
Telephone: (213) 202-6070
Facsimile: (213) 202-6075
Thomas B. Ure – State Bar No. 170492
tom@urelawfirm.com

Proposed attorney for
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mag43 LLC,<br><br>Debtor in Possession. | Case No. 2:26-bk-18607-VZ<br><br>Chapter 11<br><br>**DEBTOR-IN-POSSESSION STATUS CONFERENCE REPORT; DECLARATIONS OF SHERYL PATRICE PETWAY JOSEPH AND THOMAS B. URE**<br><br>**DATE:** **October 1, 2026**<br>**TIME:** **10:00 a.m.**<br>**PLACE:** **Courtroom 1368**<br>**Roybal Federal Building**<br>**255 E. Temple Street**<br>**Los Angeles, CA 90012** |

**TO: THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; AND ALL OTHER INTERESTED PARTIES:**

**COMES NOW,** Debtor-in-Possession Mag43 LLC ("Debtor"), by and through its proposed general counsel, Thomas B. Ure, Esq., and hereby submits its report on the Status of Reorganization in the above referenced case pursuant to the guidelines provided by order of the Court as follows:

Mag43 LLC filed this case on August 25, 2026. Debtor is a single member LLC. The managing member is Sheryl Patrice Petway Joseph.

Mag43 LLC began operations in 2022. The business focuses on real estate investments. As of the Petition Date, the Debtor owned two properties.

One of the properties is located at 23103 Leonora Dr. Woodland Hills, CA 91367. It is a single-family residence with a value of approximately $1,685,000.00. It has a 1st Deed of Trust with an approximate balance of $1,422,058.00 and a disputed 2nd Deed of Trust with Allstate Lending Group, Inc. All State Lending Group, Inc. is a debtor in its own bankruptcy case (2:26-bk-11879-NB).

The second property is a single-family residence located at 16706 Magnolia Blvd, Encino, CA 91436. It has an estimated value of $3,599,000.00. The 1st Deed of Trust with an estimated balance of $2,966,486.15, a 2nd Deed of Trust with an estimated balance of $1,118,677.00 and a 3rd Deed of Trust with an estimated balance of $150,000.00.

Debtor intends to sell both of its properties and expects to have both sold within 120 days of the petition filing date.

Debtor intends to employ a broker to sell each property within the next 30 days.

Debtor previously filed a Chapter 11 bankruptcy petition (2:26-bk-17420-BR) which was dismissed due to the fact that the corporation did not have counsel.

Debtor’s managing member has a pending individual bankruptcy case (1:26-bk-11150-MB) and a related corporation also has a pending case (In re 11026 Oxnard LLC; 2:26-bk-14455-VZ).

**A. ESTIMATE FOR FILING PLAN AND DISCLOSURE STATEMENT AND MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT**

Debtor estimates that it will be prepared to file its plan by the statutory deadline of December 23, 2026.

Debtor estimates that it will be prepared to file its motion to approve the adequacy of the disclosure statement by January 15, 2027.

**B. ESTMIATE FOR FILING MOTION TO CONFIRM PLAN**

Debtor estimates that it will file its motion to confirm plan by February 15, 2027.

**C. PROOF OF CLAIMS**

Debtor request a claims bar date for non-governmental entities of October 30, 2026 and a deadline for hearings on any objections to claims for December 15, 2026.

**D. DEBTOR'S DUTIES**

Debtor has not performed all its duties under 11 U.S.C. §§ 521, 1106 and 1107 and the United States Trustee has file a Motion to Dismiss which is currently scheduled for October 22, 2026. Debtor anticipates resolving the issues raised in the Motion prior to the hearing on the Motion to Dismiss.

**E. POST-PETITION OPERATIONS, LITIGATION AND EFFORTS TO REORGANIZE**

Debtor intends to sell both of its properties and expects to have both sold prior to the deadline to file its plan and disclosure statement on December 23, 2026. If both properties are not sold by that date, Debtor anticipates file a plan that provides for the liquidation of any remaining real property.

**G. PROFESSIONALS HIRED**

Debtor has retained URE LAW FIRM, APC as general counsel. Employment Application is expected to be filed prior to the Status

Conference. A Professional Compensation and Reimbursement Budget has been prepared and provided to Debtor. See attached Declaration of Thomas B. Ure, Exhibit A.

September 29, 2026 URE LAW FIRM, APC

By: /s/ Thomas B. Ure
Thomas B. Ure
Proposed Counsel for Debtor

**DECLARATION OF SHERYL PATRICE PETWAY JOSEPH**

I, Sheryl Patrice Petway Joseph, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the Debtor's managing member.

3. This declaration is made in support of Debtor's First Status Report regarding Status of Reorganization.

4. I have read the foregoing Status Report and the same is true and correct to the best of my knowledge.

5. I have been provided a Professional Compensation & Reimbursement Budget by Debtor's attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ______ day of September 2026, in ____________, California.

SEE ATTACH

______________________________

**SHERYL PATRICE PETWAY JOSEPH**

**DECLARATION OF SHERYL PATRICE PETWAY JOSEPH**

I, Sheryl Patrice Petway Joseph, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the Debtor's managing member.

3. This declaration is made in support of Debtor's First Status Report regarding Status of Reorganization.

4. I have read the foregoing Status Report and the same is true and correct to the best of my knowledge.

5. I have been provided a Professional Compensation & Reimbursement Budget by Debtor's attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September 2026, in Los Angeles, California.

______________________________
SHERYL PATRICE PETWAY JOSEPH

**DECLARATION OF THOMAS B. URE**

I, THOMAS B. URE, declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am an attorney at law, licensed to practice in the State of California and the United States District Court, Central District of California. I have read the foregoing Status Report and the same is true and correct to the best of my knowledge.

2. I am the owner of Ure Law Firm. APC.

3. On August 25, 2026, I caused to be filed the subject Chapter 11 Petition.

4. I have considerable experience in representing debtors in bankruptcy in this District, including representing Debtors in Chapter 11 cases.

5. I have prepared a Professional Compensation & Reimbursement Budget and estimate the fees and cost in this case to be $16,435.00. Attached hereto, marked Exhibit A, is a true and correct copy of the Professional Compensation & Reimbursement Budget which I provided to my client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed in Downey, California on this 29th day of September, 2026.

/s/ Thomas B. Ure
Thomas B. Ure
Proposed General Counsel for Debtor

**EXHIBIT A**

Case Number: 2:26-bk-18607-VZ

Case Name: In re: Mag43, LLC.

Date Commenced: 08/25/2026

PROFESSIONAL COMPENSATION & REIMBURSEMENT BUDGET

Applicant Name: Thomas B. Ure

Applicant Firm: Ure Law Firm, APC

Location: Downey, California

Type of Services to be Rendered:

General Bankruptcy Counsel. Case Administration; Claims; Creditor Negotiations, UST Compliance, Plan preparation and related motion; financing

HOURLY RATES:

| ATTORNEYS | RATE |
|---|---|
| Thomas B. Ure | $495.00 |
| PARALEGAL/ASSISTANTS | |
| Yolanda Segura | $195.00 |
| Patricia Briseno | $195.00 |
| Stacy Briseno | $195.00 |

Case Number: 2:26-bk-18607-VZ

Case Name: In re: Mag43, LLC.

Date Commenced: 08/25/2026

ADMINISTRATIVE MATTERS

Typically, Compliance with U.S. Trustee Matters, Amendments to Schedules, service of notices of automatic stay, compiling and reviewing monthly operating reports, and other items that are tied to either Court or U.S. Trustee compliance

| ATTORNEYS | RATE | Estimated Time | Total |
|---|---|---|---|
| Thomas B. Ure | $495.00 | 10 | $4,950.00 |
| PARALEGAL/ASSISTANTS | | | |
| Yolanda Segura | $195.00 | 2 | $390.00 |
| Patricia Briseno | $195.00 | 2 | $390.00 |
| Stacy Briseno | $195.00 | 5 | $975.00 |
| Total | | | $6,900.00 |

Expenses and Costs: $750.00. Filing documents, Copying, Faxing, Printing, Recording Petitions, messenger fees.

TOTAL FOR CATEGORY: $7,455.00

Case Number: 2:26-bk-18607-VZ

Case Name: In re: Mag43, LLC.

Date Commenced: 08/25/2026

CASH COLLATERAL ISSUES

| ATTORNEYS | RATE | Estimated Time | Total |
|---|---|---|---|
| Thomas B. Ure | $495.00 | 0 | $0.00 |
| PARALEGAL/ASSISTANTS | | | |
| Yolanda Segura | $195.00 | 0 | $0.00 |
| Patricia Briseno | $195.00 | 0 | $0.00 |
| Stacy Briseno | $195.00 | 0 | $0.00 |
| Total | | | $0.00 |

Expenses and Costs: $0.00. Filing documents, Copying, Faxing, Printing

TOTAL FOR CATEGORY: $0.00

Case Number: 2:26-bk-18607-VZ

Case Name: In re: Mag43, LLC.

Date Commenced: 08/25/2026

RESEARCH INVOLVING POTENTIAL CLAIMS OF DEBTOR/OBJECTING TO CLAIMS FILED, CREDITOR NEGOTIATIONS

| ATTORNEYS | RATE | Estimated Time | Total |
|---|---|---|---|
| Thomas B. Ure | $495.00 | 7 | $3,465.00 |
| PARALEGAL/ASSISTANTS | | | |
| Yolanda Segura | $195.00 | 2 | $390.00 |
| Patricia Briseno | $195.00 | 2 | $390.00 |
| Stacy Briseno | $195.00 | 2 | $390.00 |
| Total | | | $5,635.00 |

Expenses and Costs: $200.00. Filing documents, Copying, Faxing, Printing, messenger fees.

TOTAL FOR CATEGORY: $4,835.00

Case Number: 2:26-bk-18607-VZ

Case Name: In re: Mag43, LLC.

Date Commenced: 08/25/2026

PLAN PROCESS, CREATING PLAN AND DISCLOSURE STATEMENT, MOTION TO CONFIRM PLAN, ETC.

| ATTORNEYS | RATE | Estimated Time | Total |
|---|---|---|---|
| Thomas B. Ure | $495.00 | 5 | $2,475.00 |
| PARALEGAL/ASSISTANTS | | | |
| Yolanda Segura | $195.00 | 2 | $390.00 |
| Patricia Briseno | $195.00 | 2 | $390.00 |
| Stacy Briseno | $195.00 | 2 | $390.00 |
| Total | | | $3,645.00 |

Expenses and Costs: $500.00. Filing documents, Copying, Faxing, Printing,

TOTAL FOR CATEGORY: $4,145.00

| In re: Mag43 LLC Debtor(s). | CHAPTER: **11** CASE NUMBER: **2:26-bk-18607-VZ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200, Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR-IN-POSSESSION STATUS CONFERENCE REPORT; DECLARATIONS OF SHERYL PATRICE PETWAY JOSEPH AND THOMAS B. URE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/30/2026** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Shannon A Doyle on behalf of Interested Party Courtesy NEF**
sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

**Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)** kelly.l.morrison@usdoj.gov

**Valerie J Schratz on behalf of Creditor Gary Gunderson**
VSchratz@hallgriffin.com, epaulino@hallgriffin.com;smacknight@hallgriffin.com

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**Thomas B Ure on behalf of Debtor Mag43 LLC**
tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **9/30/2026** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Vincent P. Zurzolo**
**255 E. Temple Street, Suite 1368**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/30/2026 | Stacy Marin | /s/ Stacy Marin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:26-bk-18607-VZ
Central District of California
Los Angeles
Wed Sep 30 09:29:10 PDT 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Mag43 LLC
23103 Leonora Dr.
Woodland Hills, CA 91367-6125

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

All State Lending Group, Inc.
2540 Corporate Pl
Monterey Park, CA 91754-7636

CV3 Financial Services, LLC
2101 E El Segundo Blvd., Suite 203
El Segundo, CA 90245-4519

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Gary Gunderson
2824 Ocean Blvd.
Corona Del Mar, CA 92625-3232

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Patricia Biggs
P.O. Box 881926
Los Angeles, CA 90009-3016

(p)SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

U.S. Bank Trust National Association, et al
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Valerie J. Schratz
Maret L. Schwab
HALL GRIFFIN LLP
1851 E. First Street, 10th Floor
Santa Ana CA 92705-4054

Vince Rauba
c/o Best Alliance
16133 Ventura Blvd., Suite 700
Encino, CA 91436-2406

Gary Gunderson
Hall Griffin LLP
1851 E First Street
1851 E First Street
Santa Ana, CA 92705-4054

Thomas B Ure ECF
Ure Law Firm
8280 Florence Avenue
Suite 200
Downey, CA 90240-3963

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

SN Servicing Corporation
323 5th St.
Eureka, CA 95502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 22 |
| Bypassed recipients | 1 |
| Total | 23 |